# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | MISCELLANEOUS |
| | : | |
| JOSHUA LOUIS THOMAS | : | No. 20-49 |
| | : | |

## O R D E R

**AND NOW**, this 18th day of August, 2021, it is hereby **ORDERED** that this matter is referred to a Panel of this Court, to be chaired and selected by Judge Paul S. Diamond, to determine whether or not discipline is warranted in connection with Respondent's conduct reported in Taggert v. Deutsche Bank Nation Trust Company, et. al., Civ. No. 20-5503 (E.D. Pa.).

**AND IT IS SO ORDERED.**

*/s/ Juan R. Sánchez*

_____

Juan R. Sánchez, C.J.