# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISON

| | |
|---|---|
| **IN THE MATTER OF:** | Civil Action No. 20-MC-0049 |
| **JOSHUA LOUIS THOMAS**. | |

## ORDER

**AND NOW**, this _____ day of _____ 2022, upon consideration Respondent, Thomas' Counsel's Motion for Leave to Withdraw as Counsel, it is hereby **ORDERED** and **DECREED** that Counsel's Motion is **GRANTED**, and the Clerk shall mark Counsel's representation **TERMINATED**.

BY THE COURT:

_____

J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISON**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | Civil Action No.  20-MC-0049 |
| **JOSHUA LOUIS THOMAS**. | : : : : | **JURY TRIAL OF TWELVE (12) JURORS DEMANDED** |

### RESPONDENT, THOMAS' COUNSEL'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

This is a disciplinary action.

Professional considerations cause Counsel to withdraw from this matter. *See,* RPC 1.16 (b) (5-7).

If this Honorable Court does not accept the above statement as "sufficient," Counsel respectfully requests an off-the-record, *ex parte* conference for further determination so that Counsel can abide his ethical obligations under Rules 1.6 and 3.3.

This Court's Orders do not require counsel - this Motion is made out of an abundance of caution, Thomas has long agreed with Counsel's withdraw and Counsel will be on vacation during the upcoming hearing.

**WHEREFORE**, Respondent Thomas' Counsel, Matthew B. Weisberg, Esquire, respectfully requests this Honorable Court relieve counsel from representation consistent with the attached proposed Order.

Respectfully submitted,

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
*Attorney for Respondent*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISON**

|  |  |
|---|---|
| **IN THE MATTER OF:** : | Civil Action No. 20-MC-0049 |
| **JOSHUA LOUIS THOMAS**. : | **JURY TRIAL OF TWELVE (12)** |
| : | **JURORS DEMANDED** |

### CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 7th day of April, 2022, a true and correct copy of the foregoing Motion for Leave to Withdraw as Counsel for Plaintiff was served via e-filing upon the below listed counsel of record and via ECF as outlined below:

Alfred W. Putnam, Jr., Esquire
Fagre, Drinker, Biddle & Reath, LLP.
One Logan Square, Suite 2000
Philadelphia, PA   19103
*Via ECF*

Joshua Louis Thomas
225 Wilmington-West Chester Pike
Suite 200
Chadds Ford, PA   19317
*Via ECF*

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
*Attorney for Respondent*